UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SCHROEDER, on behalf of himself and other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF VISTA,<br><br>Defendant. | Case No.: 3:22-cv-01898-JO-AHG<br><br>**ORDER RESETTING MANDATORY SETTLEMENT CONFERENCE ("MSC") AND MODIFYING MSC TO TAKE PLACE VIA VIDEOCONFERENCE** |

  Due to a conflict on the Court's calendar, the Mandatory Settlement Conference ("MSC") previously set for January 18, 2024 is hereby **RESET** for **January 19, 2024** at **9:30 a.m.** before Magistrate Judge Allison H. Goddard. Additionally, rather than taking place in person as previously ordered, the MSC is hereby **MODIFIED** to take place via **videoconference** for all attendees. The following deadlines and mandatory procedures shall govern the MSC:

  1. Plaintiff must serve on Defendant a **written** settlement proposal, which must include a specific demand amount, no later than **January 2, 2024**. The defendant must respond to the plaintiff **in writing** with a specific offer amount prior to the Meet and Confer discussion. The parties should not file or otherwise copy the Court on these exchanges. Rather, the parties must include their written settlement proposals in their respective Settlement Conference Statements to the Court. Counsel for the parties must meet and confer in person or by phone no later than **January 8, 2024**.

  Each party must prepare a Settlement Conference Statement, which will be served on opposing counsel and lodged with the Court no later than **January 12, 2024**. The Statement must be lodged in .pdf format via email to efile_goddard@casd.uscourts.gov (not filed). The substance of the Settlement Conference Statement must comply fully with Judge Goddard's Mandatory Settlement Conference Rules (located at https://www.casd.uscourts.gov/Judges/goddard/docs/Goddard%20Mandatory%20Settlement%20Conference%20Rules.pdf). Each party may also prepare an **optional** Confidential Settlement Letter for the Court's review only, to be lodged with the Court no later than **January 12, 2024**. The Letter must be lodged in .pdf format via email to efile_goddard@casd.uscourts.gov (not filed). Should a party choose to prepare a Letter, the substance of the Settlement Conference Letter must comply fully with Judge Goddard's Mandatory Settlement Conference Rules. **All parties are ordered to read and to fully comply with the Chambers Rules and Mandatory Settlement Conference Rules of**

**Magistrate Judge Allison H. Goddard.**[1]

2. The Court will use its official Zoom video conferencing account to hold the Settlement Conference. **If you are unfamiliar with Zoom:** Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app.[2] Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create an account, install Zoom and familiarize themselves with Zoom in advance of the Settlement Conference.[3] There is a cost-free option for creating a Zoom account.

3. No later than **January 12, 2024**, counsel for each party shall send an email to the Court at efile_goddard@casd.uscourts.gov containing the following:

    a. The **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

    b. An **email address for each participant** to receive the Zoom videoconference invitation; and

    c. A **cell phone number for that party's preferred point of contact** (and the name of the individual whose cell phone it is) for the Court to use during the MSC to alert counsel via text message that the Court will soon

---

[1] The deadlines set forth in this paragraph are unchanged from the deadlines in the Court's Scheduling Order setting the MSC (ECF No. 16), but are reiterated here for ease of reference.

[2] If possible, participants are encouraged to use laptops or desktop computers for the video conference, rather than mobile devices.

[3] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started

return to that party's Breakout Room, to avoid any unexpected interruptions of confidential discussions.

4. At least one business day prior to the Settlement Conference, the Court will email each identified participant an invitation to join a Zoom videoconference. Again, if possible, participants are encouraged to use laptops or desktop computers for the videoconference, as mobile devices often offer inferior performance. Participants shall join the videoconference by following the ZoomGov Meeting hyperlink in the invitation. **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**. Zoom may then prompt participants to enter the password included in the invitation.

5. Zoom's functionalities will allow the Court to conduct the Settlement Conference as it ordinarily would conduct an in-person one. The Court will divide participants into separate, confidential sessions, which Zoom calls Breakout Rooms.[4] In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence. Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

6. All participants shall display the same level of professionalism during the Settlement Conference and be prepared to devote their full attention to the Settlement Conference as if they were attending in person (e.g., cannot be driving or in a car while speaking to the Court) and must be prepared to appear on camera. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference.

---

[4] For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646

7. Counsel are advised that although the Settlement Conference will take place on Zoom, **all participants** shall appear and conduct themselves as if it is proceeding in a courtroom, including by dressing in appropriate courtroom attire.

**IT IS SO ORDERED.**

Dated: November 28, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge